# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1365

_____

William Myron Thurman,             *
                                      *

            Appellant,         *
                                      *    Appeal from the United States

       v.                       *    District Court for the Eastern
                                        *    District of Arkansas.

Linda Sanders, Warden,        *
FCI - Forrest City,            *    [UNPUBLISHED]
                                        *

            Appellee.          *

_____

Submitted: March 18, 2008
Filed: March 25, 2008

_____

Before BYE, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Federal inmate William Myron Thurman appeals the district court's[1] order dismissing with prejudice his 28 U.S.C. § 2241 petition, in which he challenged the Bureau of Prisons' calculation of the start date of his federal sentence. Following careful review, see Hill v. Morrison, 349 F.3d 1089, 1091 (8th Cir. 2003) (de novo

_____

[1] The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.

standard of review), we affirm for the reasons stated by the district court.[2]  <u>See</u> 8th Cir. R. 47B.

_____

<hr>

[2]We do not consider Thurman's constitutional arguments raised for the first time on appeal.  <u>See</u> <u>Stone v. Harry</u>, 364 F.3d 912, 914-15 (8th Cir. 2004).